# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 28, 2025

Lyle W. Cayce
Clerk

No. 25-10315
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Dominique Equincy Hall,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:24-CR-12-2

Before Smith, Higginson, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Dominique Hall moves to withdraw and files a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hall has not filed a response.

We have reviewed counsel's brief and relevant portions of the record. We concur in counsel's assessment that the appeal presents no nonfrivolous

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10315

issue for appellate review.    Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.